CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 02 2013

JULIA C. ...LEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RAHMON R. ROBEY | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00524 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN MATHENA, *et al.*, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. §1915A(b)(1) for failing to state a claim upon which relief may be grated and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

    **ENTER:** This 2nd day of December, 2013.

                                                United States District Judge